In the Matter of WILLIAM WARD, as President of New York Typographical Union No. 6, et al., Appellants, against STEPHEN G. KELLEY, as Supervisor of the City Record, Respondent.

Argued January 19, 1944; decided March 2, 1944.

*Alfred J. Talley* and *Edwin J. Talley* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Martin V. Callagy* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.